```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
```

_____
                                  :
TIMOTHY R. DEFOGGI,               :
                                  :
        Petitioner,               :   Civ. No. 21-12428 (NLH)
                                  :
    v.                            :   **MEMORANDUM OPINION & ORDER**
                                  :
                                  :
THOMAS GUBBIOTTI, et al.,         :
                                  :
        Respondents.              :
_____:

APPEARANCE:

Timothy R. Defoggi
56316-037
Fort Dix
Federal Correctional Institution
Inmate Mail/Parcels
East: P.O. Box 2000
Fort Dix, NJ 08640

    Petitioner Pro se

Philip R. Sellinger, United States Attorney
Angela E. Juneau, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

    Attorneys for Respondents

HILLMAN, District Judge

    WHEREAS, Petitioner Timothy R. Defoggi filed a petition for writ of mandamus ordering Thomas Gubbiotti, the Associate Warden at FCI Fort Dix, to correct Petitioner's institutional records, specifically his PATTERN score.  ECF No. 1.  He also asks the

Court to order the Federal Bureau of Prisons ("BOP") to "perform a review of a court designated subset of PATTERN Score sheets completed at Ft Dix over the last (12) months in order to assess other abuses of discretion" and "to re-establish a lawful Administrative Remedy Process . . . ."  Id. at 7.; and

WHEREAS, the Court ordered Respondent to answer the petition, see ECF No. 9; and

WHEREAS, Respondents were served on December 14, 2021, making answers due February 14, 2022, ECF No. 15; and

WHEREAS, Respondents request a 30-day extension of time "to assess Petitioner's claims and determine whether his PATTERN Risk Assessment score should be adjusted," ECF No. 16; and

WHEREAS, the BOP currently lists Petitioner's release date as July 28, 2034.  Petitioner will not be prejudiced by a 30-day extension of time that may resolve some of his claims,

THEREFORE, IT IS on this 9th day of February , 2022

ORDERED that Respondents' request for an extension, ECF No. 16, shall be, and the same hereby is, granted.  The response is due March 14, 2022; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.

2