```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

_____
                                    :
TIMOTHY R. DEFOGGI,                 :
                                    :
        Petitioner,                 :    Civ. No. 21-12428 (NLH)
                                    :
    v.                              :    **MEMORANDUM OPINION & ORDER**
                                    :
                                    :
THOMAS GUBBIOTTI, et al.,           :
                                    :
        Respondents.                :
_____ :

APPEARANCE:

Timothy R. Defoggi
56316-037
Fort Dix
Federal Correctional Institution
Inmate Mail/Parcels
East: P.O. Box 2000
Fort Dix, NJ 08640

    Petitioner Pro se

Philip R. Sellinger, United States Attorney
Angela E. Juneau, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

    Attorneys for Respondents

HILLMAN, District Judge

    WHEREAS, Petitioner Timothy R. Defoggi filed a petition for writ of mandamus ordering Thomas Gubbiotti, the Associate Warden at FCI Fort Dix, to correct Petitioner's institutional records, specifically his PATTERN score. ECF No. 1. He also asks the

Court to order the Federal Bureau of Prisons ("BOP") to "perform a review of a court designated subset of PATTERN Score sheets completed at Ft Dix over the last (12) months in order to assess other abuses of discretion" and "to re-establish a lawful Administrative Remedy Process . . . ."  Id. at 7.; and

WHEREAS, the Court granted Respondent's request for an extension until March 14, 2022 to file its answer, see ECF No. 17; and

WHEREAS, Respondent filed its answer on March 14, 2022, ECF No. 19; and

WHEREAS, Petitioner requests additional time to submit his reply as he did not receive the answer until March 22, 2022, ECF No. 20; and

WHEREAS, the Court will grant Petitioner's request in the interests of justice.  Petitioner may have until April 22, 2022 to submit a reply,

THEREFORE, IT IS on this 30th day of March, 2022

ORDERED that Petitioner's request for an extension, ECF No. 20, shall be, and the same hereby is, granted.  The reply is due April 22, 2022; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jersey          s/ Noel L. Hillman
                               NOEL L. HILLMAN, U.S.D.J.

2